IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Case No. 09-cr-00080-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONNIE F. SOERGEL,

    Defendant.

## ORDER TO SET STATUS CONFERENCE

This matter is before the Court on Defendant Ronnie F. Soergel's Consent to Transfer for Plea and Sentencing Pursuant to Rule 20 (Doc. # 1) and upon the filing of Defendant's Notice of Disposition (Doc. # 4), filed March 10, 2009. Counsel for Defendant and the Government have requested and the Court hereby ORDERS a status conference to be set for **May 4, 2009 at 9:00 a.m.** in Courtroom A602 of the Arraj Courthouse, at which time a Sentencing Hearing may be set.

    DATED: March __11__, 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge