**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00080-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONNIE F. SOERGEL,

    Defendant.

---

**ORDER VACATING CHANGE OF PLEA HEARING FOR
FAILURE TO FOLLOW COURT'S PRACTICE STANDARDS**

---

    This matter is before the Court *sua sponte*. Pursuant to this Court's Criminal Practice Standards, "a courtesy copy of the plea documents are **REQUIRED** to be delivered to Chambers via fax (303-335-2317) or e-mail . . . **ONE (1) week** before the Change of Plea hearing." CMA Crim. Practice Standard II.D.3(b). Because no paperwork has been received by Chambers to date, the Change of Plea Hearing currently set for January 8, 2010 at 8:30 a.m. is VACATED. Lead counsel for both parties are DIRECTED to call Chambers (303-335-2174) via conference call no later than January 11, 2010 to reset this Change of Plea Hearing.

    DATED:  January   5  , 2010

                                              BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Judge